FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

DEC 04 2024

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:24-00215 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| | ) | 18 U.S.C. § 924(c)(1) |
| MICHAEL TYRONE GORDON | ) | 21 U.S.C. § 841(a)(1) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about March 4, 2023, in the Middle District of Tennessee, the defendant, **MICHAEL TYRONE GORDON**, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about March 4, 2023, in the Middle District of Tennessee, the defendant, **MICHAEL TYRONE GORDON**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count One.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about March 4, 2023, in the Middle District of Tennessee, the defendant, **MICHAEL TYRONE GORDON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Glock GMBH, Model: 17 Gen4, 9x19mm pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of any of Counts Two or Three of this Indictment, **MICHAEL TYRONE GORDON** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in a knowing violation of the offense, or intended to be used in the offense, including a Glock GMBH, Model: 17 Gen4, 9x19mm pistol and associated ammunition.

A TRUE BILL

FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

EMILY E. PETRO
ASSISTANT UNITED STATES ATTORNEY